# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA BY KATHLEEN G. KANE, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA | : No. 265 EAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>:<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| PHILIP MORRIS USA, INC., R.J. REYNOLDS TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, LIGGETT GROUP LLC, COMMONWEALTH BRANDS, INC., DAUGHTERS AND RYAN, INC., FARMER'S TOBACCO COMPANY OF CYNTHIANA, INC., HOUSE OF PRINCE A/S, SHERMAN 1400 BROADWAY N.Y.C. INC., KING MAKER MARKETING, INC., TOP TOBACCO, L.P., JAPAN TOBACCO INTERNATIONAL U.S.A., INC., KRETEK INTERNATIONAL, INC., PETER STOKKEBYE TOBAKSFABRIK A/S, P.T. DJARUM, SANTA FE NATURAL TOBACCO COMPANY, INC., VON EICKEN GROUP | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: R.J. REYNOLDS TOBACCO COMPANY, PHILIP MORRIS USA, INC. AND LORILLARD TOBACCO COMPANY | :<br>:<br>:<br>: |
| COMMONWEALTH OF PENNSYLVANIA BY KATHLEEN G. KANE, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA | : No. 266 EAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>:<br>:<br>: |
| v. | : |

PHILIP MORRIS USA, INC., R.J.
REYNOLDS TOBACCO COMPANY,
LORILLARD TOBACCO COMPANY,
LIGGETT GROUP LLC,
COMMONWEALTH BRANDS, INC.,
DAUGHTERS AND RYAN, INC.,
FARMER'S TOBACCO COMPANY OF
CYNTHIANA, INC., HOUSE OF PRINCE
A/S, SHERMAN 1400 BROADWAY
N.Y.C. INC., KING MAKER MARKETING,
INC., TOP TOBACCO, L.P., JAPAN
TOBACCO INTERNATIONAL  U.S.A.,
INC., KRETEK INTERNATIONAL, INC.,
PETER STOKKEBYE TOBAKSFABRIK
A/S, P.T. DJARUM, SANTA FE NATURAL
TOBACCO COMPANY, INC., VON
EICKEN GROUP

PETITION OF:  LIGGETT GROUP LLC,
COMMONWEALTH BRANDS, INC.,
DAUGHTERS AND RYAN, INC.,
FARMER'S TOBACCO COMPANY OF
CYNTHIANA, INC., HOUSE OF PRINCE
A/S, SHERMAN 1400 BROADWAY
N.Y.C. INC., KING MAKER MARKETING,
INC., TOP TOBACCO, L.P., JAPAN
TOBACCO INTERNATIONAL U.S.A.,
INC., KRETEK INTERNATIONAL, INC.,
PETER STOKKEBYE TOBAKSFABRIK
A/S, P.T. DJARUM, SANTA FE NATURAL
TOBACCO COMPANY, INC., VON
EICKEN GROUP

## ORDER

**PER CURIAM**

   **AND NOW**, this 23rd day of December, 2015, the Petition for Allowance of

Appeal is **DENIED**.

   Mr. Justice Eakin did not participate in the decision of this matter.